IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY LOU WEISS, : | |
| *Plaintiff*, : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 18-3118 |
| : | |
| THE PENNSYLVANIA HOSPITAL OF : | |
| THE UNIVERSITY OF PENNSYLVANIA : | |
| D/B/A PENNSYLVANIA HOSPITAL; : | |
| THE TRUSTEES OF THE UNIVERSITY : | |
| OF PENNSYLVANIA D/B/A HOSPITAL : | |
| OF THE UNIVERSITY OF : | |
| PENNSYLVANIA, : | |
| *Defendants*. : | |

## ORDER

AND NOW, this 26th day of February 2021, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 46) and Defendants' Motion to Strike Plaintiff's Sham Affidavit (ECF No. 51), for the reasons stated in this Court's accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment is **GRANTED in Part and DENIED in Part**; and

2. Defendants' Motion to Strike Plaintiff's Affidavit as a Sham Affidavit is **DENIED.**

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II